IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES BASS, JR. and LETSIE BASS**                                                  **PLAINTIFFS**

v.                                    Case No. 4:21-CV-01148-LPR

**TRUMBULL INSURANCE COMPANY, et al.**                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiffs' Complaint is DISMISSED with prejudice.

IT IS SO ADJUDGED this 27th day of July 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE